UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| ROBERT G. MODRALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:14-CV-130 |
| v. | ) |
| | ) Judge Curtis L. Collier |
| HAMILTON COUNTY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT ORDER

*Pro se* Plaintiff Robert G. Modrall ("Plaintiff") filed a complaint against Defendants Hamilton County, Tennessee, the State of Tennessee, the FBI, and the U.S. Attorney's Office ("Defendants") (Court File No. 1) along with a motion to proceed *in forma pauperis* ("IFP") (Court File No. 2). Magistrate Judge Susan K. Lee allowed Plaintiff to amend these filings to fix deficiencies in them (Court File No. 3). Plaintiff subsequently filed an amended complaint (Court File No. 4) and a new motion for IFP (Court File No. 5).

The Magistrate Judge filed a report and recommendation ("R&R") concluding that (1) Plaintiff has not shown insufficient funds such that he would be entitled him to IFP status and (2) Plaintiff's amended complaint is frivolous and fails to state a claim upon which relief may be granted.[1] Plaintiff has not filed an objection to the R&R within the allotted time. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's R&R (Court File No. 6) pursuant to 28 U.S.C. § 636(b)(1), **DENIES** Plaintiff's IFP motion (Court File No. 2), and **DIRECTS** the Clerk of Court to **CLOSE** the case.

---

[1] He seeks relief in the form of "restitution in the amount of $100 million, a Presidential Medal of Freedom with Distinction, and a Nobel Peace Prize" (Court File No. 5, p. 22).

SO ORDERED.

ENTER:

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
s/ Debra C. Poplin
CLERK OF COURT